Roger Earl **COLEY**, Petitioner-Appellant,

v.

Frank **PERRY**, Respondent-Appellee.

No. 17-6261

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

Roger Earl Coley, Appellant Pro Se.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Earl Coley seeks to appeal the magistrate judge's order and recommendation denying Coley's request for counsel and recommending the action be construed as a 28 U.S.C. § 2254 (2012) petition and dismissed without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Coley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for

lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*